Frank J. Carroll and Edward J. McArdle, Jr., for appellants; John F. Cashen, Jr., for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed June 30, 1950; rehearing denied January 24, 1951; released for publication January 25, 1951.

## Idell McSee, Appellant, v. Chicago Motor Coach Company et al., Appellees.

### Gen. No. 45,004.

James A. Dooley, for appellant; Barrett, Barrett, Costello & Barrett, for certain appellee; George F. Barrett, Sidney M. Glick and Edward Wolfe, of counsel; Louis B. Simon and Leo S. Karlin, for certain other appellees;

Leo S. Karlin, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed November 10, 1950; rehearing denied January 2, 1951; released for publication January 17, 1951.

**Lou Emma Moore, Appellee, v. Frank Lowery, Individually and Trading as The Cafe De Society et al., Defendants. Morris Realty Company, Appellant.**

**Gen. No. 45,065.** 

Lord, Bissell & Kadyk, for appellant; Leonard F. Martin and Stephen A. Milwid, of counsel; Royal E. Spurlark, Jr., Andrew D. Washington and John W. Washington, for appellee; Royal E. Spurlark, Jr., of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed November 10, 1950; rehearing denied January 12, 1951; released for publication January 17, 1951.

**Kena Kohler, Appellant, v. Marcus A. Colberg and Birt Calkins, Defendants. Birt Calkins, Appellee.**

**Gen. No. 45,196.**